IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

| | |
|---|---|
| SCOTT COLLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) 3:05-CV-00978-VPM<br>NORBOARD ALABAMA, INC., ) JURY DEMANDED<br>)<br>Defendant. )<br>)<br>)<br>) | |

### DEFENDANT NORBORD ALABAMA, INC'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Norbord Alabama, Inc. (improperly identified in the caption as "Norboard Alabama, Inc.") (hereinafter "Norbord") hereby files its Disclosure Statement. Norbord states that it is a nongovernmental corporate party to an action or proceeding in a district court. Norbord identifies the following parent corporation and/or publicly held corporation that owns 10% or more of its stock:   Norbord Alabama Inc. is a wholly owned subsidiary of Norbord Panels USA Inc. Norbord Panels USA Inc. is a wholly owned subsidiary of Norbord Inc., which is a public company in Canada registered on the Toronto Stock Exchange.

Respectfully Submitted,

/s/ Monica G. Graveline
One of the Attorneys for Defendant
    Norbord Alabama, Inc.

Weyman T. Johnson
Georgia Bar No. 395775
Motion for Admission *Pro Hac Vice* to be filed
Melissa B. Garrett
Georgia Bar No. 460774
Motion for Admission *Pro Hac Vice* to be filed

PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2222
(404) 815-2400

M. Jefferson Starling, III (STA062)
Monica G. Graveline (GRA100)
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203-2014
(205) 226-8722

Counsel for Defendant
   Norbord Alabama, Inc.

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the **DISCLOSURE STATEMENT** on all parties to this action via the CM/ECF system:

Steven L. Terry
P.O. Box 160091
Mobile, Alabama 36616

This is the 3rd day of January, 2006.

                                      /s/ Monica G. Graveline
                                      Attorney for Defendant