IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
| Plaintiff, | ) |
| v. | ) CV-05-3:05CU978-M |
| NORBOARD ALABAMA, INC., | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE
## OF WEYMAN T. JOHNSON, JR.

Defendant Norbord of Alabama, Inc.[1] ("Norbord"), by and through its counsel, Monica G. Graveline, a duly licensed and practicing attorney in the State of Alabama, and pursuant to the Local Rules of this Court, moves the Court to admit Weyman T. Johnson, Jr. *pro hac vice* to appear as counsel for Norbord in this matter. In support of this Motion, Norbord shows the following:

1.  Weyman T. Johnson, Jr. is a partner with Paul, Hastings, Janofsky & Walker LLP, located at 600 Peachtree Street, NE, Suite 2400, Atlanta, Georgia 30308, Telephone Number (404) 815-2209, Facsimile Number (404) 685-5209. He resides and practices law in the state of Georgia.

2.  Mr. Johnson intends to appear in association with M. Jefferson Starling, III and Monica G. Graveline of Balch & Bingham LLP, who are members in good standing of the Alabama State Bar and the United States District Court for the Middle District of Alabama.

---

[1] Improperly identified in the Complaint as Norboard Alabama, Inc.

809809.1

3. Mr. Johnson was admitted to the Georgia State Bar in 1979. He is admitted to practice in all State Courts of Georgia. A Certificate of Good Standing from the United States District Court, Northern District of Georgia, is attached hereto as **Exhibit "A."** Mr. Johnson's Georgia bar license number is: Bar # 395775. Mr. Johnson has never suffered disbarment or suspension of his license to practice law in any jurisdiction of the United States. Furthermore, Mr. Johnson is not currently suspended from practicing law before any court or jurisdiction, and no complaints for unethical misconduct, disciplinary proceedings, or criminal charges involving the applicant are currently pending before any court or jurisdiction.

4. Mr. Johnson is experienced in federal litigation, and will become familiar with, and abide by, the Local Rules of this District Court.

WHEREFORE, Norbord respectfully requests that the Court grant this motion to admit Weyman T. Johnson, Jr. *pro hac vice*.

Respectfully submitted on this 3rd day of January, 2006.

      /s/ Monica G. Graveline  
One of the Attorneys for Defendant,  
Norbord of Alabama, Inc.

OF COUNSEL  
M. Jefferson Starling, III (STA062)  
Monica G. Graveline (GRA100)  
BALCH & BINGHAM, LLP  
1710 Sixth Avenue North  
Birmingham, Alabama 35203  
Telephone: (205) 226-8722  
Facsimile: (205) 488-5700

809809.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven L. Terry<br>
Attorney for Plaintiff<br>
Post Office Box 160091<br>
Mobile, Alabama 36616

/s/ Monica G. Graveline
OF COUNSEL

809809.1