IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CV-05-3:05CU978-M ) |
| NORBOARD ALABAMA, INC., | ) ) |
| Defendant. | ) ) ) |

**MOTION FOR ADMISSION PRO HAC VICE
OF MELISSA B. GARRETT**

Defendant Norbord of Alabama, Inc.[1] ("Norbord"), by and through its counsel, Monica G. Graveline, a duly licensed and practicing attorney in the State of Alabama, and pursuant to the Local Rules of this Court, moves the Court to admit Melissa B. Garrett *pro hac vice* to appear as counsel for Norbord in this matter. In support of this Motion, Norbord shows the following:

1.  Melissa B. Garrett is an attorney with Paul, Hastings, Janofsky & Walker LLP, located at 600 Peachtree Street, NE, Suite 2400, Atlanta, Georgia 30308, Telephone Number (404) 815-2341, Facsimile Number (404) 815-2424. She resides and practices law in the state of Georgia.

2.  Ms. Garrett intends to appear in association with M. Jefferson Starling, III and Monica G. Graveline of Balch & Bingham LLP, who are members in good standing of the Alabama State Bar and the United States District Court for the Middle District of Alabama.

3.  Ms. Garrett was admitted to the Georgia State Bar in 2001. She is admitted to practice in all State Courts of Georgia. A Certificate of Good Standing from the United States

---

[1] Improperly identified in the Complaint as Norboard Alabama, Inc.

District Court, Northern District of Georgia, is attached hereto as **Exhibit "A."** Ms. Garrett's Georgia bar license number is: Bar # 460774. Ms. Garrett has never suffered disbarment or suspension of her license to practice law in any jurisdiction of the United States. Furthermore, Ms. Garrett is not currently suspended from practicing law before any court or jurisdiction, and no complaints for unethical misconduct, disciplinary proceedings, or criminal charges involving the applicant are currently pending before any court or jurisdiction.

4. Ms. Garrett is experienced in federal litigation, and will become familiar with, and abide by, the Local Rules of this District Court.

WHEREFORE, Norbord respectfully requests that the Court grant this motion to admit Melissa B. Garrett *pro hac vice*.

Respectfully submitted on this 3rd day of January, 2006.

    /s/ Monica G. Graveline\
One of the Attorneys for Defendant,\
Norbord of Alabama, Inc.

OF COUNSEL\
M. Jefferson Starling, III  (STA062)\
Monica G. Graveline (GRA100)\
BALCH & BINGHAM, LLP\
1710 Sixth Avenue North\
Birmingham, Alabama 35203\
Telephone: (205) 226-8722\
Facsimile: (205) 488-5700

809814.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven L. Terry<br>
Attorney for Plaintiff<br>
Post Office Box 160091<br>
Mobile, Alabama 36616

                                           /s/ Monica G. Graveline
                                           OF COUNSEL

809814.1