

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
                              } ss.
**NORTHERN DISTRICT OF GEORGIA**  }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MELISSA BETH GARRETT**, **State Bar No. 460774**, was duly admitted to practice in said Court on December 17, 2001, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 28th day of December, 2005.

LUTHER D. THOMAS
CLERK OF COURT



By: _____
    Jamee Holland
    Deputy Clerk