IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT COLLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv978-M |
| | ) | |
| NORBOARD ALABAMA, INC.; | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

Upon consideration of the Defendants' Motion for Admission Pro Hac Vice of Melissa B. Garrett, (Doc. #5), filed on 3 January 2006, and it appearing that MELISSA B. GARRETT, ESQ., is a member in good standing of the United States District Court for the Northern District of Georgia, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 5th day of January, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE