AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
_Middle_ _____ District of _Alabama_ _____

Scott Colley

V.

Norboard Alabama, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _3:05cv978-VPM_

TO: (Name and address of Defendant)

Norboard Alabama, Inc.
4400 Barton Industrial Blvd.
Lanett, AL 36863

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven L. Terry
P.O. Box 160091
Mobile, AL 36616

an answer to the complaint which is herewith served upon you, within _____ _20_ _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_DATE_ 1/9/06

CLERK

(By) DEPUTY CLERK