**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NOR board
4400 Industrial Blvd.
Lanett, AL. 36863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Christy Ell_   ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3:05 CV978-VPm
S+C

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)         ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2890 0002 8272 3523

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540