IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 3:05-CV-978-VPM<br>NORBORD ALABAMA INC.. )<br>)<br>Defendant. ) | |

### REPORT OF PARTIES' PLANNING MEETING

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a meeting held on February 2, 2006 by teleconference and was attended by:

   Steven L. Terry
   Attorney for Plaintiff
   Scott Colley

   Melissa B. Garrett
   One of the Attorneys for Defendant
   Norbord Alabama Inc.

2. **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) and Local Rule 26.1(a)(1) within 20 days after the submission of this report.

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

      1. All information pertaining to plaintiffs' claims and damages;

      2. The defendant's defenses.

   b. All discovery commenced in time to be completed by **November 22, 2006.**

816544.1

  c. There will be a maximum of 30 interrogatories, including sub-parts, to the defendant. There will be a maximum of 30 interrogatories, including sub-parts, to each plaintiff. The responses will be due 30 days after service.

  d. There will be a maximum of 30 requests for production of documents to the defendant. There will be a maximum of 30 requests for production to each plaintiff. The responses will be due 30 days after service.

  e. There will be a maximum of 30 requests for admission to the defendant. There will be a maximum of 30 requests for admission to each plaintiff. Responses will be due 30 days after service.

  f. There shall be no more than 8 depositions for the plaintiffs and 8 depositions for the defendant without leave of court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

  g. Reports from retained experts under Rule 26(a)(2) will be due from the plaintiffs by **May 22, 2006,** and from the defendant by **June 22, 2006.**

  h. The parties shall have a continuing duty to supplement the disclosures under Rule 26(e) within 30 days of the need to supplement. Final supplementation of the disclosures under Rule 26(e) shall be made within 30 days before the end of the discovery period.

4. **Other Items.**

  a. **Scheduling Conference**

  The parties do not request a conference with the court before entry of the scheduling order.

  b. **Pretrial Conference**

816544.1

The parties request a pretrial conference at least 30 days prior to trial.

c. **Additional Parties, Claims and Defenses**

Plaintiffs must join additional parties and amend the pleadings by **March 12, 2006**. The defendant will have until **April 12, 2006** to join additional parties and amend the pleadings.

d. **Dispositive Motions**

All potentially dispositive motions should be filed by **October 22, 2006**.

e. **Settlement/ ADR**

Settlement and the possibility of mediation cannot be evaluated until some discovery is complete. Counsel for the parties agree to meet and discuss the possibility of settlement and mediation no later than 21 days prior to the dispositive motions deadline.

f. **Trial Evidence**

Plaintiffs' final lists of witnesses and trial evidence under Rule 26(a)(3) should be due 40 days before trial. Defendant's final list of witnesses and trial evidence under Rule 26(a)(3) should be due 30 days before trial  The parties should have 14 days after service to list objections under Rule 26(a)(3).

g. **Trial Date**

The case should be ready for trial in Opelika, Alabama on **January 22, 2007** and at this time is expected to take approximately 3-4 days of trial time.

Respectfully submitted this 8th day of 2006,

816544.1

/s/ Steven L. Terry (w/consent)
Attorney for Plaintiff
Scott Colley

Steven L. Terry
P.O. Box 160091
Mobile, Alabama 36616

_____
One of the Attorneys for Defendant
Norbord Alabama Inc.

**OF COUNSEL:**
Weyman T. Johnson
Georgia Bar No. 395775
Melissa B. Garrett
Georgia Bar No. 460774
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2273

M. Jefferson Starling, III (STA062)
Monica G. Graveline (GRA100)
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

816544.1