IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:05CV978-VPM |
| NORBORD ALABAMA, INC., | ) |
|     Defendant. | ) |

# **O R D E R**

For good cause, it is

ORDERED that this case be and is hereby set for a scheduling conference on 28 February 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Previously, the parties were notified of the assignment of this case to a Magistrate Judge and the right to request reassignment. The parties have indicated their consent to a Magistrate Judge's jurisdiction by not requesting reassignment; therefore, as indicated in the notice of assignment, the parties must now confirm their consent in writing. Accordingly, it is

ORDERED that on or before **17 February 2006**, each party shall complete and send to the Clerk of the Court the attached consent form.

The parties filed a Report of Parties' Planning Meeting (Doc. #10) on 8 February 2006.

DONE this 8th day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:05CV978-VPM ) |
| NORBORD ALABAMA, INC., | ) ) |
|     Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____        _____
DATE                                                                 SIGNATURE

                                                                                                  _____
COUNSEL FOR (print name of all parties)

                                                                                                   _____
ADDRESS, CITY, STATE, ZIP CODE

                                                                                                    _____
TELEPHONE NUMBER

**\*\*\*  DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

# EXPLANATION OF ASSIGNMENT TO
# UNITED STATES MAGISTRATE JUDGE

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.