IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV978-VPM |
| | ) |
| NORBORD ALABAMA, INC., | ) |
| | ) |
|     Defendant. | ) |

# **O R D E R**

Based upon an oral request and correspondence received from counsel for the defendants that all parties are available for a telephone scheduling conference on 28 February 2006 at 10:00 a.m., and for good cause, it is

ORDERED that the scheduling conference set for  28 February 2006 at 10:00 a.m. shall be conducted by telephone to be arranged by counsel for the defendants.

The parties are reminded to forward to the clerk's office the attached consent forms attached to document number 11.

DONE this 21st day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE