02/28/2006 08:57 2516256754 TERE PAGE 01
Case 3:05-cv-00978-VPM Document 13 Filed 02/28/2006 Page 1 of 1
Case: 3:05-cv-00978-VPM Document #: 11-1 Date Filed: 02/08/2006 Page 3 of 4

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV978-VPM |
| | ) |
| NORBORD ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2-17-06
DATE

SIGNATURE  Steven L. Terry

Scott Colley, Plaintiff
COUNSEL FOR (print name of all parties)

1409 B Government Street
ADDRESS, CITY, STATE, ZIP CODE

Mobile, AL 36604
TELEPHONE NUMBER

**\*\*\* DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

3