IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**RECEIVED**

2006 FEB 16   A 11: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SCOTT COLLEY,           )
                        )
        Plaintiff,      )
                        )
v.                      )  CIVIL ACTION NO. 3:05CV978-VPM
                        )
NORBORD ALABAMA, INC.,  )
                        )
        Defendant.      )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____2/15/06_____                    ____Melissa B Harnett____
DATE                                    SIGNATURE

                                        ____Norbord Alabama Inc.____
                                        COUNSEL FOR (print name of all parties)

                                        600 Peachtree St., NE Suite 2400 Atlanta, GA
                                        ADDRESS, CITY, STATE, ZIP CODE        30308

                                        ____404-815-2341____
                                        TELEPHONE NUMBER

\*\*\*  **DO NOT FILE THIS DOCUMENT ELECTRONICALLY** \*\*\*

3