# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 2/28/06

DATE COMPLETED: 2/28/06

DIGITAL RECORDING: 10:02 - 10:18

SCOTT COLLEY

vs

NORBOARD ALABAMA, INC.

\* 3:05cv978-VPM

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Steven Terry | | Melissa Garrett |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: TELEPHONE SCHEDULING CONFERENCE

---

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** 3:05cv978-VPM: Scott Colley vs. Norboard Alabama, Inc.: Telephone Scheduling Conference

**Date:** 2/28/2006    **Location:**

| Time | Speaker | Note |
|---|---|---|
| 10:02:15 AM | Court | Convenes |
| 10:02:52 AM | Court | Determines Steven Terry and Melissa Garrett will try the case |
| 10:03:21 AM | Court | Trial Term Opelika 2/5/07 |
| 10:03:42 AM | Defendant | States Defendant lives in Middle District of Alabama |
| 10:04:06 AM | Counsel | Agree that Witnesses and Documents are in the Middle District of Alabama |
| 10:05:18 AM | Court | Discusses Issues in Dispute with counsel |
| 10:15:34 AM | Court | Court to Issue an Order that Defendant file within 30 days a Notice of Back Pay Claim Include date of Application for Social Security and onset Date indicated to the Social Security Administration; Advises counsel to try to litigate discovery without Court intervention |
| 10:18:19 AM | Court | In RECESS |