IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV978-VPM |
| | ) |
| NORBOARD ALABAMA, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is ORDERED that, on or before 28 March 2006, the defendants shall file with the Clerk of the court written notice of the following:

1. A copy of the defendant's Family Medical Leave Act policy [FMLA"]

2. A copy of the defendant's blank application for leave under the FMLA.

3. A copy of the plaintiff's application for leave under the FMLA or any documentation of the plaintiff's application for leave under the FMLA.

DONE this 6th day of March, 2006

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE