IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV978-VPM |
| | ) |
| NORBOARD ALABAMA, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is ORDERED that on or before 28 March 2006, the plaintiff shall file with the Clerk of the court written notice of the following:

1. A copy of the charge of discrimination and the right-to-sue notice.

2. Any backpay or objective damages claim up to the date of the notice. The plaintiff is DIRECTED to itemize his backpay claim and his claim for objective damages to include the following periods: (1) when different salaries apply, (2) when he earned no income, if any, (3) when he earned income from sources other than the defendant. "Objective damages" are those damages which are computable by reference to (1) a salary schedule or other document reflecting a party's alleged entitlement or monies withheld by the employer, or (2) actual expenses incurred by a party for injuries or losses, whether paid or unpaid. The plaintiff is further DIRECTED to include any amounts that should be set off against his backpay claim and to itemize his frontpay claim,

      if any.

3.     The plaintiff's application for social security benefits, including the plaintiff's onset date for his disability.

4.     Documentary evidence (which may be a doctor's statement) of the plaintiff's inability to work.

5.     Itemization of any property loss (as alleged in ¶10 of the complaint) incurred by the plaintiff as a result of the defendants' actions.

DONE this 6th day of March, 2006.


                         /s/ Vanzetta Penn McPherson
                         VANZETTA PENN MCPHERSON
                         UNITED STATES MAGISTRATE JUDGE