IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

| | |
|---|---|
| SCOTT COLLEY,               ) | |
| )                                      | |
| Plaintiff,             ) | |
| )                                      | |
| v.                                    ) | |
| )                                      | 3:05-CV-00978-VPM |
| NORBORD ALABAMA INC.,  ) | JURY DEMANDED |
| )                                      | |
| Defendant.          ) | |
| )                                      | |
| )                                      | |
| )                                      | |

**DEFENDANT NORBORD ALABAMA INC.'S RESPONSE TO
THE COURT'S MARCH 6th ORDER**

Defendant Norbord Alabama Inc. (improperly identified in the Complaint as Norboard Alabama, Inc.) ("Norbord") hereby responds to the Court's March 6, 2006 Order to file specific documents with the Clerk of the Court. Norbord responds using the same numbered paragraphs as used by the Court.

1.  Norbord is filing with the Court, attached as Exhibit A, a copy of Norbord's Family Medical Leave Act ("FMLA") policy.

2.  Norbord does not have an application for leave under the FMLA. When an employee verbally requests leave a Norbord manager, along with the employee, completes a document titled "Norbord Alabama Family and Medical Leave Form." Norbord is filing with the Court, attached as Exhibit B, a copy of a blank Family and Medical Leave Form.

3.  Norbord states that it does not have documents responsive to this request. Plaintiff never requested or applied for leave under the FMLA. Accordingly, Norbord does not have any documentation or record of the Plaintiff's application for leave under the FMLA.

822293.1

Respectfully Submitted,

/s/ Monica G. Graveline
One of the Attorneys for Defendant
   Norbord Alabama Inc.


Weyman T. Johnson
Georgia Bar No. 395775
Admitted *pro hac vice*
Melissa B. Garrett
Georgia Bar No. 460774
Admitted *pro hac vice*

PAUL, HASTINGS, JANOFSKY
   & WALKER LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2222
(404) 815-2400


M. Jefferson Starling, III (STA062)
Monica G. Graveline (GRA100)
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203-2014
(205) 226-8722


Counsel for Defendant
   Norbord Alabama Inc.

822293.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION**

| | |
|---|---|
| SCOTT COLLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORBORD ALABAMA, INC., | )    3:05-CV-00978-VPM |
| | )    **JURY DEMANDED** |
|     Defendant. | ) |
| | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 13th day of March, 2006:

> Steven L. Terry
> 1409 B. Government Street
> Mobile, Alabama 36604

This is the 13th day of March, 2006.

                              /s/ Monica G. Graveline_____
                              Attorney for Defendant

822293.1