Norbord Alabama                                               Employee Handbook

# Family and Medical Leave Act (FMLA)

The Company will comply with all applicable requirements of the Family and Medical Leave Act of 1993 ("FMLA"). Under the FMLA, Norbord Alabama is required to provide eligible members up to twelve weeks of unpaid, job-protected leave in any twelve-month period for certain family and medical reasons. Note: The FMLA does not require the payment of wages during a leave. A determination will be made for each Family and Medical Leave request where this law applies, as to whether it will be a paid or unpaid leave. This determination will be based on company policy and any Federal or State laws that apply.

**Eligibility**

The FMLA defines eligible members as those who: (1) have worked for the Company for at least 12 months; and (2) have worked for the Company for at least 1250 hours in the previous 12 months.

**Leave Entitlement**

Eligible members may take leave for the following reasons: (1) to care for a child upon birth or upon placement for adoption or foster care; (2) to care for a parent, spouse, or child with a serious health condition; or (3) when a member is unable to work because of their own serious health condition.

A "serious health condition" means an illness, injury, impairment, or physical or mental condition that involves: (1) inpatient care including any period of incapacity or any subsequent treatment in connection with the inpatient care; (2) "continuing treatment" by a health care provider. For further information on what is considered "continuing treatment" contact your supervisor or the Human Resources Manager.

FMLA leave for birth or adoption or foster care must conclude within 12 months of the birth or placement. In addition, spouses employed by the same employer are jointly entitled to a combined leave of 12 work weeks of family leave for the birth or placement of a child for adoption or foster care, and to care for a parent who has a serious health condition.

Eligible members may take FMLA leave intermittently (for example, in blocks of time or by reducing a work schedule in certain circumstances). If FMLA leave is to care for a child after the birth or placement for adoption or foster care, members may take their FMLA leave intermittently only with the Company's permission. If the FMLA leave is because of the member's serious illness or to care for a

seriously ill family member, the member may take the leave intermittently or on a reduced work schedule if it is medically necessary.

**Notice and Certification**

Members who want to take FMLA leave ordinarily must provide the Company at least 30 days notice of the need for leave, if the need for leave is foreseeable. If the member's need is not foreseeable, the member should give as much notice as is practicable. When leave is needed to care for an immediate family member or for the member's own illness and is for planned medical treatment, the member must try to schedule treatment so as not to disrupt the company's operations unduly.

Members needing leave because of a serious health condition, whether it is their own or a family member's, may be required to provide medical certification of the serious health condition. The Company also may require a second or third opinion (at the Company's expense), periodic recertifications of the serious health condition, and, when the leave is a result of the member's own serious health condition, a fitness for duty report to return to work. The Company may deny leave to members who do not provide proper advance leave notice or medical certification.

**Benefits During an FMLA Leave**

Members taking leave under the FMLA are entitled to receive health benefits during the leave at the same level and terms of coverage as if they had been working throughout the leave. If applicable, arrangements will be made for members to pay their share of health insurance premiums while on leave. In some instances, the Company may recover premiums it paid to maintain health coverage for a member who fails to return to work from FMLA leave.

The member's use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of the member's leave. However, when a member receives benefits such as salary continuation during an FMLA leave, this period of time will be considered a part of their total FMLA entitlement.

**Job Restoration after FMLA Leave**

The Company must reinstate a member returning from FMLA leave to the same or equivalent position with equivalent pay, benefits, and other employment terms and conditions. However, a member on an FMLA leave does not have any greater right to reinstatement or to other benefits and conditions of employment than if the member had been continuously employed during the FMLA period.