# Norbord Alabama
# Family and Medical Leave Form

**NOTICE**

[Date]

TO _____ (Employee's name)

FROM _____
(Name of appropriate employer representative)

SUBJECT  Request for Family/Medical Leave

On  [date]_____, you notified us of your need to take family/medical leave due to:

__ the birth of your child, or the placement of a child with you for adoption or foster care; or

__ a serious health condition that makes you unable to perform the essential functions of your job; or

__ a serious health condition affecting your _ spouse, _ child, _ parent, for which you are needed to provide care

You notified us that you need this leave beginning on ___ and that you expect to leave to continue until on or about ___ to be determined

Except as explained below, you have a right under the FMLA for up to 12 weeks of unpaid leave in a 12 month period for the reasons listed above. The 12 month period is defined as ( *Employer selects one of four methods.* ). Also, your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work, and you must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from leave. If you do not return to work following FMLA leave for a reason other than: (1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; or (2) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

This is to inform you that: (check the appropriate boxes, explain where indicated)

  1. You are _ eligible _ not eligible for leave under the FMLA.

  2. The requested leave _ will _ will not be counted against your annual FMLA leave entitlement.

  3. You _ will _ will not be required to furnish medical certification of a serious health condition. If required, you must furnish certification. (must be at least 15 days after you are notified of this requirement) or we may delay the commencement of your leave until the certification is submitted.

  4. You may elect to substitute accrued paid leave for unpaid FMLA leave. We _ will _ will not require that you substitute accrued paid leave for unpaid FMLA leave. If paid leave will be used the following conditions will apply:   Salary Continuation Program will be in effect.

  5(a). If you normally pay a portion of the premiums for your health insurance, these payments will continue during the period of FMLA leave. Arrangements for payment have been discussed with you.

(6). You _ will _ will not be required to present a Authorization to Return to Full Duty prior to being restored to employment. If such certification is required but not received, your return to work may be delayed until the certification is provided.

7(a). You _ are _ are not a "key employee" as described in §825.218 of the FMLA regulations. If you are a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us.

(b). We _ have _ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us (Explain (a) and/or (b) below. See §825.219 of the FMLA regulations).

8. While on leave, you _ will _ will not be required to furnish us with periodic reports every ___ (indicate interval of periodic reports, as appropriate for the particular leave situation) of your status and intent to return to work (see §825.309 of the FMLA regulations). If the circumstances of your leave change and you are able to return to work earlier than the date indicated on the reverse side of this form, you _ will _ will not be required to notify us at least two work days prior to the date you intend to report for work.

9. You _ will _ will not be required to furnish recertification relating to a serious health condition. (Explain below, if necessary, including the interval between certifications as prescribed in §825.308 of the FMLA regulations).