IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 3:05-CV-00978-VPM |
| NORBORD ALABAMA INC., | ) JURY DEMANDED |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DIMISSAL

COMES NOW the parties, by and through the undersigned counsel, and stipulate to dismiss this action with prejudice, each party to pay it's own costs.

BY: /s/ Monica G. Graveline
One of the Attorneys for Defendant
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
(205) 251-8100

Weyman T. Johnson
Georgia Bar No. 395775
Admitted *pro hac vice*
Melissa B. Garrett
Georgia Bar No. 460774
Admitted *pro hac vice*
PAUL, HASTINGS, JANOFSKY
    & WALKER LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2222
(404) 815-2400

BY: _____
STEVEN L. TERRY
(TERRSO11)
1409-B GOVERNMENT ST.
MOBILE, AL 36604
(251) 432-4800
ATTORNEY FOR PLAINTIFF