IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTT COLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv978-VPM |
| | ) |
| NORBOARD ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

On 12 April 2006, the parties filed a Joint Stipulation for Dismissal (Doc. # 21). Upon the court's review of the joint stipulation, it is ORDERED and ADJUDGED as follows:

1. This action is hereby dismissed with prejudice,

2. Each party shall pay their own costs.

The clerk of court is DIRECTED to TERMINATE all pending motions in this case, denied as moot.

DONE this 13th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE